Erwin B. PATTERSON, Jr., Plaintiff—Appellant,

v.

CITY OF CHESAPEAKE; Commonwealth of Virginia; Stephen E. Mills; John C. Lumpkin P.C.; Teide Enterprises, Incorporated; Towne Bank; City of Norfolk Police Department; City of Chesapeake Police Department; William T. Hodsden; W.A. Copeland; Stuart Gordon; City of Norfolk; Clarendon National Insurance Company, Defendants—Appellees.

Erwin B. Patterson, Jr., Plaintiff—Appellant,

v.

City Of Chesapeake; Stephen E. Mills; John C. Lumpkin P.C.; Teide Enterprises, Incorporated; City of Chesapeake Police Department; Stuart Gordon; Clarendon National Insurance Company, Defendants—Appellees,

and

Commonwealth of Virginia; Towne Bank; City of Norfolk Police Department; William T. Hodsden; W.A. Copeland; City of Norfolk, Defendants.

Erwin B. Patterson, Jr., Plaintiff—
Appellant,

v.

John C. Lumpkin P.C., Defendant—
Appellee,

and

City of Chesapeake; Commonwealth of Virginia; Stephen E. Mills; Teide Enterprises, Incorporated; Towne Bank; City of Norfolk Police Department; City of Chesapeake Police Department; William T. Hodsden; W.A. Copeland; Stuart Gordon; City of Norfolk; Clarendon National Insurance Company, Defendants.

Nos. 08–1796, 08–1928, 082268.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 23, 2009.

Erwin B. Patterson, Jr., Appellant Pro Se. Catherine Hanson Lindley, Grady A. Palmer, Chesapeake City Attorney's Office, Chesapeake, Virginia, Stephen Michael Hall, Assistant Attorney General, Richmond, Virginia, Marshall Allen Winslow, Jr., Wolcott, Rivers & Gates, Virginia Beach, Virginia, Sara Ashley John, M. Richard Epps, PC, Virginia Beach, Virginia, Robert Henry Burger, Williams Mullen, Virginia Beach, Virginia, Andrew Richard Fox, Assistant City Attorney, Norfolk, Virginia, Joseph Franklin Verser, Jones, Blechman, Woltz & Kelly, PC, Newport News, Virginia, for Appellees.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Erwin B. Patterson, Jr., seeks to appeal the district court's orders cumulatively dismissing all defendants from this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Patterson v. City of Chesapeake*, No. 2:07–cv–00611–RAJ–FBS (E.D. Va. June 20, 2008; Aug. 8, 2008; filed Sept. 30 & entered Oct. 2, 2008). We further grant Patterson's motion to proceed on appeal in forma pauperis, but deny his motion to admit new evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*